UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br><br>   *Defendants.* | **Case No. 26-cv-2460 (CRC)** |

**PLAINTIFFS' MOTION FOR 5 U.S.C. § 705 STAY AND
PRELIMINARY INJUNCTION**

Plaintiffs Hennepin County, Minnesota; King County, Washington; Planned Parenthood of the Heartland, Inc.; and Sexuality Information and Education Council of the United States (SIECUS) respectfully move for a 5 U.S.C. § 705 stay and preliminary injunction. For the reasons stated in the accompanying memorandum, Plaintiffs are likely to succeed on their claims that Defendants' rejection of the Teen Pregnancy Prevention (TPP) Program as established by Congress violates the Administrative Procedure Act and 2026 Appropriations Act. Plaintiffs are suffering and will continue to suffer harm that is beyond remediation absent preliminary relief, and the balance of the equities and public interest favor preliminary relief.

Pursuant to Local Civil Rule 7(m), on July 15, 2026, at 9:37 AM ET, counsel for Plaintiffs emailed Alex Haas and Diane Kelleher at the U.S. Department of Justice's Civil Division, Federal Programs Branch, as well as Peter Pfaffenroth at the U.S. Attorney's Office for the District of Columbia, to provide a copy of the complaint and accompanying exhibits filed in this matter, and to provide actual notice that Plaintiffs intended to file this motion and request Defendants' position. At the time of this filing, counsel for Defendants had not yet responded. Counsel for Plaintiffs will

1

provide a copy of this motion and the accompanying memorandum, declarations, and proposed order to Mr. Haas, Ms. Kelleher, and Mr. Pfaffenroth promptly after they are filed.

Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully request an expedited hearing. Expedition is essential because of the urgency of the harms Plaintiffs face, as detailed in the accompanying memorandum. Plaintiffs respectfully request a ruling on their motion as soon as practicable.

Date: July 15, 2026

Respectfully submitted,

*/s/ Michael J. Torcello*
Michael J. Torcello (DC Bar No. 90014480)
Kate Talmor (DC Bar No. 90036191)
Carrie Y. Flaxman (DC Bar No. 458681)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
mtorcello@democracyforward.org
ktalmor@democracyforward.org
cflaxman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs Hennepin County, King County, and SIECUS*

Hannah Klain*
Karen Dunn (DC Bar No. 1002520)
Jeannie Rhee (DC Bar No. 464127)
Dunn Isaacson Rhee LLP
401 9th Street NW
Washington, DC 20004
Phone: (202) 240-2900
hklain@dirllp.com
kdunn@dirllp.com
jrhee@dirllp.com
*Counsel for Plaintiffs Hennepin County, King County, and SIECUS*

2

Cormac Early (DC Bar No. 1033835)
Allison M. Zieve (DC Bar No. 424786)
Stephanie Garlock (DC Bar No. 1779629)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Phone: (202) 588-1000
cearly@citizen.org
*Counsel for Plaintiffs Hennepin County, King
County, and SIECUS*

Emily Nestler (DC Bar No. 973886)
Planned Parenthood Federation of America
1100 Vermont Avenue NW
Washington, DC 20005
Phone: (202) 973-4800
emily.nestler@ppfa.org
*Counsel for Plaintiff Planned Parenthood of
the Heartland, Inc.*

Dylan Cowit*
Valentina De Fex*
Planned Parenthood Federation of America
123 William Street, 9th Floor
New York, NY 10038
Phone: (212) 261-4696
dylan.cowit@ppfa.org
valentina.defex@ppfa.org
*Counsel for Plaintiff Planned Parenthood of
the Heartland, Inc.*

* Pro hac vice motion forthcoming

3

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying memorandum and attachments will be deposited with the U.S. Postal Service for delivery to the below:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Robert F. Kennedy Jr., in his official capacity as Secretary of U.S. Department of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Todd Blanche, in his official capacity as Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530


/s/ *Michael J. Torcello*
Michael J. Torcello
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: (202) 448-9090
mtorcello@democracyforward.org