**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br><br>*Defendants.* | **Case No. 26-cv-2460 (CRC)** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR 5 U.S.C. § 705 STAY AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for 5 U.S.C. § 705 stay and preliminary injunction, the parties' briefing thereon, and the entire record in this case, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that the 2026 Policy is **STAYED** pursuant to 5 U.S.C. § 705, pending a final ruling on the merits of this case; and it is further

**ORDERED** that all actions taken by Defendants and their officers, employees, and agents to implement the 2026 Policy, including the issuance of the 2026 NOFOs and the June 26, 2026, terminations of Teen Pregnancy Prevention (TPP) Program awards, shall be **STAYED** pending a final ruling on the merits of this case; and it is further

**ORDERED** that Defendants are **PRELIMINARILY ENJOINED** from giving effect to or implementing the 2026 Policy pending a final ruling on the merits of this case, and Defendants shall maintain the TPP Program as it operated prior to implementation of the 2026 Policy, including but not limited to processing TPP awardees' applications for noncompetitive

1

continuation funding without reliance on or application of the priorities set forth in the 2026 Policy;

and it is further

**ORDERED** that counsel for Defendants shall provide notice of this Order to all

Defendants and their officers, employees, and agents forthwith; and it is further

**ORDERED** that Defendants shall file a status report with the Court within 48 hours of this

Order apprising the Court of the status of their compliance with this Order.

**SO ORDERED.**

Dated: _____, 2026        _____
                                    HON. CHRISTOPHER R. COOPER
                                    UNITED STATES DISTRICT JUDGE