UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HENNEPIN COUNTY, MINNESOTA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2460 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Stay and Preliminary Injunction,

Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion is DENIED.


SO ORDERED:


_____          _____
       Date                                           CHRISTOPHER R. COOPER
                                                              United States District Judge