**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al., <br><br>     *Plaintiffs,* <br><br> v. <br><br> **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al., <br><br>     *Defendants.* | **Case No. 26-cv-2460 (CRC)** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**
**OF ANDREA GERBER IN SUPPORT OF PLAINTIFFS' REPLY**

Pursuant to Local Civil Rule 65.1(c), Plaintiffs respectfully move for leave to file the attached supplemental declaration of Andrea Gerber in support of Plaintiffs' reply in support of their motion for a 5 U.S.C. § 705 stay and preliminary injunction, Dkt. No. 14. Pursuant to Local Civil Rule 7(m), Plaintiffs have conferred with Defendants, who indicated they oppose this motion.

Good cause exists to file this supplemental declaration. The declaration provides information about Plaintiff King County's decision to apply for funding under the Tier 2 2026 NOFO. As the declaration notes, King County submitted that application on July 18, 2026, after the filing of Plaintiffs' motion for preliminary relief and accompanying declarations. In their opposition brief, Defendants noted their understanding "that one of the Awardee Plaintiffs submitted an application for funding in response to the 2026 NOFOs" and argued specifically that "any Plaintiff that submitted an application . . . would struggle to articulate an injury in fact that is more than speculative." Dkt. No. 28 at 17. In response to that argument, the declaration provides additional context about King County's application and demonstrates that the submission of an application does not mitigate King County's injury.

1

The filing of the supplemental declaration would not prejudice Defendants. Counsel for Plaintiffs emailed a copy of the declaration to counsel for Defendants at 3:56 PM ET on July 29, 2026. The Court has scheduled a motion hearing for August 6, 2026, meaning that Defendants have more than one week to prepare any arguments they wish to raise at the hearing as to the supplemental declaration.

Accordingly, the Court should grant Plaintiffs' motion for leave to file the supplemental declaration.

Date: July 29, 2026

Respectfully submitted,

*/s/ Michael J. Torcello*
Michael J. Torcello (DC Bar No. 90014480)
Kate Talmor (DC Bar No. 90036191)
Carrie Y. Flaxman (DC Bar No. 458681)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
mtorcello@democracyforward.org
ktalmor@democracyforward.org
cflaxman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs Hennepin County, King County, and SIECUS*

Hannah Klain*
Karen Dunn (DC Bar No. 1002520)
Jeannie Rhee (DC Bar No. 464127)
Dunn Isaacson Rhee LLP
401 9th Street NW
Washington, DC 20004
Phone: (202) 240-2900
hklain@dirllp.com
kdunn@dirllp.com
jrhee@dirllp.com
*Counsel for Plaintiffs*

2

Cormac Early (DC Bar No. 1033835)
Allison M. Zieve (DC Bar No. 424786)
Stephanie Garlock (DC Bar No. 1779629)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Phone: (202) 588-1000
cearly@citizen.org
*Counsel for Plaintiffs Hennepin County, King
    County, and SIECUS*

Emily Nestler (DC Bar No. 973886)
Planned Parenthood Federation of America
1100 Vermont Avenue NW
Washington, DC 20005
Phone: (202) 973-4800
emily.nestler@ppfa.org
*Counsel for Plaintiff Planned Parenthood of
    the Heartland, Inc.*

Dylan Cowit*
Valentina De Fex*
Planned Parenthood Federation of America
123 William Street, 9th Floor
New York, NY 10038
Phone: (212) 261-4696
dylan.cowit@ppfa.org
valentina.defex@ppfa.org
*Counsel for Plaintiff Planned Parenthood of
    the Heartland, Inc.*

* Admitted pro hac vice

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I filed the foregoing document with the Clerk of

Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system.


*/s/ Michael J. Torcello*
Michael J. Torcello

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br><br>*Defendants.* | **Case No. 26-cv-2460 (CRC)** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ANDREA GERBER IN SUPPORT OF PLAINTIFFS' REPLY

Upon consideration of Plaintiffs' motion for leave to file supplemental declaration of Andrea Gerber in support of Plaintiffs' reply in support of Plaintiffs' motion for 5 U.S.C. § 705 stay and preliminary injunction, and the entire record in this case, it is hereby

ORDERED that Plaintiffs' motion for leave to file is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2026

_____
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE

5