**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA *et al.***,<br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.***,<br>Defendants. | Case No. 26-cv-2460 (CRC) |

**ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' [14] Motion for Preliminary Injunction is GRANTED in part and DENIED in part. It is further

**ORDERED** that, pending a final ruling on the merits of this case, Defendants (together with their employees, agents, and anyone acting in concert with them) are hereby preliminarily ENJOINED from implementing the U.S. Department of Health and Human Services's 2026 Policy regarding the Teen Pregnancy Prevention Program, to the extent consistent with the Court's Memorandum Opinion. It is further

**ORDERED** that the parties shall file a joint status report with a proposed schedule for further proceedings by September 1, 2026.

This is an appealable Order.

**SO ORDERED**.

Christopher R. Cooper

CHRISTOPHER R. COOPER
United States District Judge

Date: August 19, 2026