**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br><br>*Defendants*. | **Case No. 26-cv-2460 (CRC)** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER DIRECTING DEFENDANTS TO HOLD FUNDS PENDING RESOLUTION OF THE MERITS OF THIS CASE**

Upon consideration of Plaintiffs' motion for an order directing Defendants to hold funds pending resolution of the merits of this case, and the entire record, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall hold the TPP Program funds made available in the Consolidated Appropriations Act, 2026, Pub. L. No. 119-75, 140 Stat. 173, 281, that are at issue in this case during the pendency of this litigation, provided, however, that, while this litigation is pending, Defendants may award funds or issue Notices of Funding Opportunity that would allow them to award funds in a manner consistent with the principles laid out in this Court's August 19, 2026, Memorandum Opinion (ECF No. 33). It is further

**ORDERED** that the statutory lapse of the TPP Program funds at issue in this case, 140 Stat. at 174, 281, is suspended during the pendency of this litigation.

**SO ORDERED.**

Dated: _______________, 2026

_______________________________
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE