UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENNEPIN COUNTY, MINNESOTA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2460 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for an Order Directing Defendants to Hold Funds, Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion is DENIED.

SO ORDERED:

_________________
Date

________________________________
CHRISTOPHER R. COOPER
United States District Judge