UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENNEPIN COUNTY, MINNESOTA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2460 (CRC) |

**DEFENDANTS' UNOPPOSED MOTION TO STAY RESPONSE DEADLINE**

Defendants the U.S. Department of Health and Human Services (the "Department") and Robert F. Kennedy, Jr., in his capacity as Secretary of the Department, respectfully move to stay their deadline to respond to the complaint under Federal Rule of Civil Procedure 12(a)(2). Plaintiffs do not oppose the motion. A proposed order is attached.

In support of their Motion, Defendants state as follows:

1. Plaintiffs served their complaint in this matter on or about July 15, 2026, and Defendants' response is due today, September 14. Defendants served the administrative record on this date and the parties have proposed competing schedules for further proceedings that each contemplate cross-motions for summary judgment. ECF No. 36.

2. Defendants respectfully request that their obligation to respond to the complaint be stayed pending further order of this Court. In the context of this case, filing an answer will not materially advance the litigation; staying the government's obligation to file one serves the interests of justice in this case by preserving the government's limited resources.

3. The undersigned conferred by email with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the relief requested.

Dated: September 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *__/s/ Andrew J. Vaden____________*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorney for the United States of America*