UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENNEPIN COUNTY, MINNESOTA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2460 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Stay Response Deadline, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants' obligation to respond to Plaintiffs' Complaint is STAYED pending further order of this Court.

SO ORDERED.

Dated:

______________________________
CHRISTOPHER R. COOPER
United States District Judge