**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br><br>*Defendants*. | **Case No. 26-cv-2460 (CRC)** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EMERGENCY STATUS CONFERENCE**

Upon consideration of Plaintiffs' motion for emergency status conference, and the entire record, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**. The Court will hold a status conference on September __, 2026, at _____ [a.m./p.m.].

**SO ORDERED.**

Dated: _____________, 2026

_______________________________
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE