UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENNEPIN COUNTY, MINNESOTA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2460 (CRC) |

**NOTICE OF FILING OF CERTIFIED LIST**
**OF CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1) and this Court's order dated September 21, 2026 (ECF No. 41), Defendants the U.S. Department of Health and Human Services ("HHS") and Robert F. Kennedy, Jr., Secretary of Health and Human Services, respectfully file the attached certified list of contents of the administrative record and certification. A true and complete copy of the administrative record has been served on Plaintiffs.

Dated: October 1, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Andrew J. Vaden_*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*