**Certified List of the Contents of the Administrative Record**

*Hennepin County, Minnesota, et al. v. Department of Health and Human Services, et al.,*

No. 1:26-cv-02460 (D.D.C.)

**Index**


| | |
|---|---|
| FY2026 Replicating Effective Teen Pregnancy Prevention (TPP) Programs Notice of Funding Opportunity (AH-TP1-26-001) | A.R.001–089 |
| FY2026 Rigorous Impact Evaluation of Programs to Prevent Teen Pregnancy and Achieve Optimal Health Notice of Funding Opportunity (AH-TP2-26-001) | A.R.090–196 |
| Fleary SA, Joseph P. Adolescents' Health Literacy and Decision-making: A Qualitative Study. Am J Health Behav. 2020 Jul 1;44(4):392-408. doi: 10.5993/AJHB.44.4.3. PMID: 32553022; PMCID: PMC8191815. | A.R.197–221 |
| Klaus, H. *Undergirding Abstinence Within a Sexuality Education Program*. Life Issues Institute, 2001. | A.R.222–230 |
| Hebert-Beirne, Jennifer M. et al. (2017) A Pelvic Health Curriculum in School Settings: The Effect on Adolescent Females' Knowledge. Journal of Pediatric and Adolescent Gynecology, Volume 30, Issue 2, 188 – 192. | A.R.231–235 |
| O'Donnell M. Definition of Health Promotion 2.0: Embracing Passion, Enhancing Motivation, Recognizing Dynamic Balance, and Creating Opportunities. American Journal of Health Promotion. 2009;24(1): iv-iv. | A.R.236–237 |
| OASH priorities at: https://health.gov/priorities | A.R.238–240 |
| HHS priorities at: https://www.hhs.gov/about/priorities/index.html | A.R.241–249 |
| Email dated April 2, 2026, from Dale Bell, Deputy Assistant Secretary, Office of Grants, Office of the Assistant Secretary for Financial Resources, HHS, to HHS Chief Grants Management Officers, with 2 Attachments: (1) Action Transmittal OG AT 2026-02, dated April 3, 2026; (2) Revision to Departmental Notice of Funding Opportunity Content and Clearance Guidance, Fiscal Year 2026, Revised April 3, 2026 | A.R.250–276 |
| Memorandum dated February 20, 2026, from Gustav Chiarello, Assistant Secretary for Financial Resources, HHS, to Leaders, Deputy Leaders, and Chiefs of Staff, Re: Clarification on Departmental Review of Grants and Contracts, with Attachment 1: Memorandum dated 8/21/25 from Dale Bell, Assistant Secretary for Grants, HHS, to HHS Chief Grants Management and Budget Officers, Re: Departmental Notice of Funding Opportunity Content and Clearance Guidance, Fiscal Year 2026 | A.R.277–299 |

| | |
|---|---|
| Hennepin County TP1AH000279 Termination Letter, dated June 26, 2026 | A.R.300–301 |
| Hennepin County TP1AH000279 Termination Notice of Award, dated June 26, 2026 | A.R.302–303 |
| Memorandum dated June 26, 2026, to File, Re: DECISION – Termination of Select Teen Pregnancy Prevention Program Awards for Non-Alignment with Agency Priorities (*Love Notes*) | A.R.304–309 |
| Hennepin County TP1AH000279 *Love Notes* program materials | A.R.310–904 |
| Planned Parenthood of the Heartland, Inc. TP1AH000306 Termination Letter, dated June 26, 2026 | A.R.905–906 |
| Planned Parenthood of the Heartland, Inc. TP1AH000306 Termination Notice of Award, dated June 26, 2026 | A.R.907–909 |
| Memorandum dated June 26, 2026, to File, Re: DECISION – Termination of Select Teen Pregnancy Prevention Program Awards for Non-Alignment with Agency Priorities (*Safer Choices*) | A.R.910–913 |
| Planned Parenthood of the Heartland, Inc. TP1AH000306 *Safer Choices* program materials | A.R.914–1533 |
| Seattle-King County Public Health Department TP2AH000093 Termination Letter, dated June 26, 2026 | A.R.1534–1535 |
| Seattle-King County Public Health Department TP2AH000093 Termination Notice of Award, dated June 26, 2026 | A.R.1536–1538 |
| Memorandum dated June 26, 2026, to File, Re: DECISION – Termination of Select Teen Pregnancy Prevention Program Awards for Non-Alignment with Agency Priorities (*Stepping Stones*) | A.R.1539–1542 |
| Seattle-King County Public Health Department TP2AH000093 *Stepping Stones* program materials | A.R.1543–1654 |
| Termination letters, dated June 26, 2026, and August 14, 2026 (these are other termination letters for the 52 non-plaintiff Teen Pregnancy Prevention Program grantees) | A.R.1655–1758 |
| Memoranda dated June 26, 2026, to File, Re: DECISION – Termination of Select Teen Pregnancy Prevention Program Awards for Non-Alignment with Agency Priorities (these are decision memos for all other Teen Pregnancy Prevention program materials referenced in the 52 non-plaintiff termination letters) | A.R.1759–1867 |