UNITED STATES OF AMERICA

Department of Health and Human Services

CERTIFICATION OF TRUE COPY

**CERTIFICATION**
**OF THE ADMINISTRATIVE RECORD UPON THE 11 OF SEPTEMBER 2026**

I, Natalie Dodson, Acting Deputy Assistant Secretary for Population Affairs, Office of the Assistant Secretary for Health, do hereby certify that to the best of my knowledge the materials described in the accompanying index constitute the administrative record in *Hennepin County, Minnesota et al. v. Department of Health and Human Services et al.*, No. 1:26-cv-02460 (D.D.C.).

Natalie Dodson

Dated: 09/11/26