**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**HENNEPIN COUNTY, MINNESOTA**, et al.,

*Plaintiffs*,

v.

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,

*Defendants*.

**Case No. 26-cv-2460 (CRC)**

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Hennepin County, Minnesota; King County, Washington; Planned Parenthood of the Heartland, Inc.; and Sexuality Information and Education Council of the United States (SIECUS) respectfully move for summary judgment on the first four counts of their complaint. For the reasons stated in the accompanying memorandum, Defendants' 2026 Policy is contrary to law, in excess of statutory authority, and arbitrary and capricious. Accordingly, the Court should declare unlawful, vacate, and set aside the Policy and all implementing actions, and it should permanently enjoin Defendants' application of the Policy, as described in the accompanying proposed order.

Date: November 2, 2026

Respectfully submitted,

*<u>/s/ Michael J. Torcello</u>*

Michael J. Torcello (DC Bar No. 90014480)
Kate Talmor (DC Bar No. 90036191)
Carrie Y. Flaxman (DC Bar No. 458681)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553

Washington, DC 20043
Phone: (202) 448-9090
mtorcello@democracyforward.org
ktalmor@democracyforward.org
cflaxman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs Hennepin County, King County, and SIECUS*

Hannah Klain*
Karen Dunn (DC Bar No. 1002520)
Jeannie Rhee (DC Bar No. 464127)
Dunn Isaacson Rhee LLP
401 9th Street NW
Washington, DC 20004
Phone: (202) 240-2900
hklain@dirllp.com
kdunn@dirllp.com
jrhee@dirllp.com
*Counsel for Plaintiffs*

Cormac Early (DC Bar No. 1033835)
Allison M. Zieve (DC Bar No. 424786)
Stephanie Garlock (DC Bar No. 1779629)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Phone: (202) 588-1000
cearly@citizen.org
*Counsel for Plaintiffs Hennepin County, King County, and SIECUS*

Emily Nestler (DC Bar No. 973886)
Planned Parenthood Federation of America
1100 Vermont Avenue NW
Washington, DC 20005
Phone: (202) 973-4800
emily.nestler@ppfa.org
*Counsel for Plaintiff Planned Parenthood of the Heartland, Inc.*

Dylan Cowit*
Valentina De Fex*
Planned Parenthood Federation of America
123 William Street, 9th Floor

New York, NY 10038
Phone: (212) 261-4696
dylan.cowit@ppfa.org
valentina.defex@ppfa.org
*Counsel for Plaintiff Planned Parenthood of the Heartland, Inc.*

* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system.

*/s/ Michael J. Torcello*
Michael J. Torcello