**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HENNEPIN COUNTY, MINNESOTA**, et al.,<br>*Plaintiffs*,<br>v.<br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.,<br>*Defendants*. | **Case No. 26-cv-2460 (CRC)** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' motion for summary judgment, the parties' briefing thereon, and the entire record, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that the 2026 Policy is **DECLARED** unlawful, as it violates the 2026 Appropriations Act and the Administrative Procedure Act; and it is further

**ORDERED** that the 2026 Policy is **VACATED** and **SET ASIDE**; and it is further

**ORDERED** that all actions taken by Defendants and their officers, employees, and agents to implement the 2026 Policy, including the June 26, 2026, terminations of Teen Pregnancy Prevention Program awards, are **VACATED** and **SET ASIDE**; and it is further

**ORDERED** that Defendants are **PERMANENTLY ENJOINED** from giving effect to or implementing the 2026 Policy or any substantially similar policy, including through implementation of any new notices of funding opportunity; and it is further

**ORDERED** that counsel for Defendants shall provide notice of this Order to all Defendants and their officers, employees, and agents forthwith.

**SO ORDERED.**

Dated: ______________, 2027

___________________________________
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE